IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| IN THE MATTER OF THE SEARCH OF:<br><br>6145 Firelight Trail<br>Antioch, Tennessee 37013 | UNDER SEAL<br><br>No. 3:18-mj-4007 |
|---|---|

## ORDER

The United States has submitted a motion to amend the Search Warrant issued in the case to correct a scrivener's error on the face of the Search Warrant. The Court has reviewed the motion, and determined that error on the face of the Search Warrant was not deliberately false nor did it demonstrate a reckless disregard for the truth.

The Court further finds that the error, as to the statute listed on the face of the Search Warrant, was not essential to the Court's finding of probable cause which permitted the search of the **Target Premise**. Specifically, the Court would have issued the warrant if the face of the Search Warrant would have listed the evidence to be seized as: "Evidence of violations of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), as further described in Attachment B," as opposed to the original statement.

It is so ORDERED this 16th day of March 2018.

Alistair E. Newbern
United States Magistrate Judge