FILED

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

APR 2 5 2018

BY_____

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>6145 Firelight Trail,<br>Antioch, Tennessee 37013 | No. 3:18-mj-4007 |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal the Order,

Warrant, Application, and Affidavit in this case. It is hereby ordered that: The Motion is granted

and the documents in this case are ordered unsealed.

Dated: 4/25/18

ALISTAIR NEWBERN
U.S. MAGISTRATE JUDGE